IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,
AGENCY FOR HEALTH CARE
ADMINISTRATION,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Appellant,

CASE NO. 1D13-6128

v.

STEPHENS MEMORIAL
HOME, INC. d/b/a STEPHENS
MEMORIAL HOME,

   Appellee.

_____/

Opinion filed September 8, 2014.

An appeal from an order of the Division of Administrative Hearings.

Tracy Cooper George, Chief Appellate Counsel, and Cynthia L. Hain, Assistant General Counsel, Tallahassee, for Appellant.

Theodore E. Mack of Powell & Mack, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

BENTON, VAN NORTWICK, and SWANSON, JJ., CONCUR.